This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**KERRY C. MCDONALD,**

Plainitff-Appellant,

v.                                                          **NO. A-1-CA-36676**

**CITY OF GALLUP,**

Defendant-Appellee,

and

**DAN DIBLE, KLO ABEITA, GEORGE KOZELISKI, JOHNNY GREENE, JR., THOMAS SILVA, JONATHAN PABLO, JONATHAN DAYTON, and GALLUP FIREFIGHTERS ASSOCIATION LOCAL INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS ("IAFF LOCAL 4296"),**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF MCKINLEY COUNTY**
**Lyndy D. Bennett, District Judge**

Sidney P. Childress
Santa Fe, NM

for Appellant

Thomas Lynn Isaacson

Gallup, NM

for Appellee

# MEMORANDUM OPINION

**VANZI, Chief Judge.**

{1} Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2} DISMISSED.

{3} **IT IS SO ORDERED.**

                    _____

                    **LINDA M. VANZI, Chief Judge**

**WE CONCUR:**

_____

**MICHAEL E. VIGIL, Judge**

_____

**J. MILES HANISEE, Judge**